B6A (Official Form 6A) (12/07)

In re:  **James M. Deprez** _____.          Case No.  <u>11-40108</u> _____

                        **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental house located at 6804 Whitewater Ln, Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 67,700.00** | **$ 104,407.15** |
| **Rental house located at 6834 Whitewater Ln., Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 66,200.00** | **$ 102,117.75** |
| **Rental house located at 6910 Whitewater Ln., Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 66,750.00** | **$ 96,363.50** |
| **Rental house located at 6914 Whitewater Ln., Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 66,750.00** | **$ 90,373.45** |
| **Rental house located at 7215 Dorchester Ct., Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 72,800.00** | **$ 99,049.93** |
| **Residence located at 7219 Dorchester Ct., Lincoln, NE (1/2 interest)** | **Fee Owner** | **J** | **$ 72,800.00** | **$ 99,083.88** |

                                                      **Total**  ➢  | **$ 413,000.00** |

                                                        (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **James M. Deprez**                                             ,            Case No.  **11-40108**
_____
                                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 210.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Wells Fargo** | J | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Wells Fargo** | J | 119.71 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods** | J | 1,610.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, music/movie collection** | J | 300.00 |
| 6. Wearing apparel. | | **Clothing** | J | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy; no cash value** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **D&D Transfer, LLC** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DCH Transport** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Deprez Custom Homes, PC** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Kat's Bags** | J | 0.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **James M. Deprez**                                            ,          Case No.  **11-40108**
                                          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Windstar** | J | **500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Lincoln Aviator (in wife's posession)** | J | **6,730.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F250 (in debtor's possession)** | H | **10,205.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | J | **0.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **James M. Deprez**                                          ,        Case No.  **11-40108**

                          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>2</u>   continuation sheets attached                    Total    ⌐        **$ 20,224.71**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re    **James M. Deprez**                                          Case No.    **11-40108**
                                    Debtor                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                        $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1997 Ford Windstar | R.R.S. § 25-1552 | 500.00 | 500.00 |
| 2005 Ford F250 (in debtor's possession) | R.R.S. § 25-1556(4) | 2,400.00 | 10,205.00 |
| | R.R.S. § 25-1552 | 1,320.29 | |
| Books, pictures, music/movie collection | R.R.S. § 25-1552 | 300.00 | 300.00 |
| Camera | R.R.S. § 25-1552 | 50.00 | 50.00 |
| Cash | R.R.S. § 25-1552 | 210.00 | 210.00 |
| Checking account at Wells Fargo | R.R.S. § 25-1552 | 119.71 | 119.71 |
| Clothing | R.R.S. § 25-1556(2) | 500.00 | 500.00 |
| Misc. household goods | R.R.S. § 25-1556(3) | 1,500.00 | 1,610.00 |
| Residence located at 7219 Dorchester Ct., Lincoln, NE (1/2 interest) | R.R.S. § 40-101 | 46,516.12 | 72,800.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  James M. Deprez _____ .         Case No.  11-40108 _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2393 <br><br> Citimortgage <br> P.O. Box 9438 <br> Gaithersburg, MD 20898 <br><br><br> Citimortgage <br> P.O. Box 6941 <br> The Lakes, NV 88901-6941 | X | | **Mortgage** <br> **Rental house located at 6910 Whitewater Ln., Lincoln, NE (1/2 interest)** <br><br> VALUE $133,500.00 | | | | 96,363.50 | 0.00 |
| ACCOUNT NO.  3622 <br><br> Citimortgage <br> P.O. Box 9438 <br> Gaithersburg, MD 20898 <br><br><br> Citimortgage <br> P.O. Box 6941 <br> The Lakes, NV 88901-6941 | X | | **Mortgage** <br> **Rental house located at 7215 Dorchester Ct., Lincoln, NE (1/2 interest)** <br><br> VALUE $145,600.00 | | | | 99,049.93 | 0.00 |
| ACCOUNT NO.  8893 <br><br> Citimortgage <br> P.O. Box 9438 <br> Gaithersburg, MD 20898 <br><br><br> Citimortgage <br> P.O. Box 6941 <br> The Lakes, NV 88901-6941 | X | | **Mortgage** <br> **Rental house located at 6914 Whitewater Ln., Lincoln, NE (1/2 interest)** <br><br> VALUE $133,500.00 | | | | 90,373.45 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                          $  285,786.88  $  0.00

Total  ➤
(Use only on last page)                      $              $

(Report also on Summary of    (If applicable, report
Schedules)                     also on Statistical
                               Summary of Certain
                               Liabilities and
                               Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **James M. Deprez**                                        .        Case No.    **11-40108**
                                                                                        ────────────────
                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3655** <br><br>**Citimortgage** <br>**P.O. Box 9438** <br>**Gaithersburg, MD 20898** <br><br><br>**Citimortgage, Inc.** <br>**P.O. Box 6941** <br>**The Lakes, NV 88901-6941** | X | | **Mortgage** <br>**Residence located at 7219 Dorchester Ct., Lincoln, NE (1/2 interest)** <br><br>**VALUE $145,600.00** | | | | 99,083.88 | 0.00 |
| ACCOUNT NO.  **7701** <br><br>**Lincoln Federal Savings** <br>**1101 N St.** <br>**Lincoln, NE 68508** | X | | **Mortgage** <br>**Rental house located at 6834 Whitewater Ln., Lincoln, NE (1/2 interest)** <br><br>**VALUE $132,400.00** | | | | 102,117.80 | 0.00 |
| ACCOUNT NO.  **7800** <br><br>**Lincoln Federal Savings** <br>**1101 N St.** <br>**Lincoln, NE 68508** | X | | **Mortgage** <br>**Rental house located at 6804 Whitewater Ln, Lincoln, NE (1/2 interest)** <br><br>**VALUE $135,400.00** | | | | 104,407.10 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $    305,608.78 | $    0.00 |
| $    591,395.66 | $    0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **James M. Deprez**                                                    Case No.    **11-40108**
                                                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re    **James M. Deprez**                                               ,     Case No.   <u>**11-40108**</u>
                Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | $    **0.00** | $    **0.00**    $    **0.00** |
| Total   ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    **0.00** | |
| Total   ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $    **0.00**    $    **0.00** |

B6F (Official Form 6F) (12/07)

In re  James M. Deprez _____     Case No.  11-40108 _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ABN AMRO Mortgage**<br>P.O. Box 9438<br>Gaithersburg, MD 20898 | X | | **Misc.** | | | | 0.00 |
| ACCOUNT NO.<br><br>**American Building Supply, Inc.**<br>37949 6th St. East<br>Palmdale, CA 93550<br><br><br>**Craig Martin, Atty**<br>10306 Regency Pkwy Dr.<br>Omaha, NE 68114 | X | | **Deprez Custom Homes** | | | | 0.00 |
| ACCOUNT NO.<br><br>**American General Finance**<br>600 North Royal Ave.<br>Evansville, IN 47715 | X | | **Misc.** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Bank of America**<br>P.O. Box 15026<br>Wilmington, DE 19850 | X | | **Misc.** | | | | 0.00 |

<u>10</u>   Continuation sheets attached

Subtotal ➢  $           0.00

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James M. Deprez**                                                    Case No.  **11-40108**
                        Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bank of the West** 1450 Treat Blvd. Walnut Creek, CA 94597 | X | | Misc. | | | | 0.00 |
| ACCOUNT NO. **Bank One** 800 Brooksedge Blvd. Westerville, OH 43081 | X | | Misc. | | | | 0.00 |
| ACCOUNT NO. **Best Buy** P.O. Box 5253 Carol Stream, IL 60197 | X | | Misc. | | | | 0.00 |
| ACCOUNT NO.  **6071** **Capital One** P.O. Box 30281 Salt Lake City, UT 84130  **American Infosource** P.O. Box 71083 Charlotte, NC 28272-1083 | X | | **Deprez Custom Home** | | | | 19,959.35 |

Sheet no.  1  of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                        **19,959.35**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James M. Deprez**                                                      Case No.  **11-40108**
                                    **Debtor**                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8138** | X | | Kat's Bags | | | | 5,128.01 |
| **Capital One** P.O. Box 30281 Salt Lake City, UT 84130 **American Infosource** P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | | |
| ACCOUNT NO. **3553** | X | | Misc. | | | | 22,726.61 |
| **Chase** P.O. Box 15145 Wilmington, DE 19850-4145 **Chase** P.O. Box 15298 Wilmington, DE 19850 **Chase** P.O. Box 36520 Louisville, KY 40233 **United Collection Bureau** P.O. Box 1418 Maumee, OH 43537 | | | | | | | |
| ACCOUNT NO. **0532** | X | | Kat's Bags | | | | 9,897.88 |
| **Citibank** 701 East 60th St. North Sioux Falls, SD 57104 **PRA Receivables Management** P.O. Box 12914 Norfolk, VA 23541 | | | | | | | |

Sheet no. _2_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **37,752.50**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James M. Deprez**                                     Case No.  **11-40108**
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Collection Bureau of Lincoln** **1415 South 13th St.** **Lincoln, NE 68502** | | | **Deprez Custom Homes** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Conseco Financial** **P.O. Box 981206** **El Paso, TX 79998** | | | **Misc.** | | | | |
| ACCOUNT NO.   **3524** | X | | | | | | 14,005.51 |
| **Discover** **P.O. Box 15316** **Wilmington, DD 19850-5316** **Discover** **P.O. Box 3025** **New Albany, OH 43054-3025** | | | **Misc.** | | | | |
| ACCOUNT NO. | X | | | | | | 14,600.00 |
| **Dorothy Derby** **5950 Arrowwood Rd.** **Lincoln, NE 68526** | | | **Personal and business loans** | | | | |

Sheet no.  3 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **28,605.51**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James M. Deprez**                                          Case No.  **11-40108**
                                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 10,000.00 |
| **Dorothy Derby** **5950 Arrowwood Rd.** **Lincoln, NE 68526** | | | **Misc.** | | | | |
| ACCOUNT NO. | | X | | | | | 340.00 |
| **Electrical Enterprises** **15001 South 96th St.** **Roca, NE 68430** | | | **Deprez Custom Homes** | | | | |
| ACCOUNT NO. | | X | | | | | 0.00 |
| **First Bancard** **P.O. Box 3412** **Omaha, NE 68197** | | | **Misc.** | | | | |
| ACCOUNT NO. | | X | | | | | 0.00 |
| **First Commerce Mortgage Co.** **1 Home Campus** **Des Moines, IA 50328** | | | **Misc.** | | | | |
| ACCOUNT NO. | | X | | | | | 0.00 |
| **Flagstar Bank** **5151 Corporate Dr.** **Troy, MI 48098** | | | **Misc.** | | | | |

Sheet no.  4  of 10  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⮞  $                    **10,340.00**

Total  ⮞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __James M. Deprez_____     Case No. __11-40108_____
                          **Debtor**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Ford Motor Credit** <br> **P.O. Box 542000** <br> **Omaha, NE 68154** | X | | **Misc.** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Home Depot** <br> **P.O. Box 6405** <br> **Sioux Falls, SD 57117** | X | | **Deprez Custom Homes** | | | | 4,000.00 |
| ACCOUNT NO. **1292** <br><br> **HSBC** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197** <br><br><br> **PRA Receivables Management** <br> **P.O. Box 12907** <br> **Norfolk, VA 23541** | X | | **Kat's Bags** | | | | 739.01 |
| ACCOUNT NO. <br><br> **Independent Equipment Co.** <br> **2700 West O St.** <br> **Lincoln, NE 68528** | X | | **Deprez Custom Homes** | | | | 2,943.06 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $          **7,682.07**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James M. Deprez**                                                      Case No.  **11-40108**
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | **412.00** |
| **Information Analytics, Inc.** **134 South 13th St., Ste 700** **Lincoln, NE 68508** **Professional Choice Recovery** **P.O. Box 5234** **Lincoln, NE 68505** | | | **Misc.** | | | | |
| ACCOUNT NO. | X | | | | | | **0.00** |
| **John Deere Credit** **8402 Excelsior Dr.** **Madison, WI 52717** | | | **Misc.** | | | | |
| ACCOUNT NO. | X | | | | | | **5,592.55** |
| **John's Plumbing** **1730 South 6th St.** **Lincoln, NE 68502** | | | **Deprez Custom Homes** | | | | |
| ACCOUNT NO. | X | | | | | | **500.00** |
| **Kryger Glass** **4430 South 133rd St.** **Omaha, NE 68137** **Beach Associates** **95 Wolf Creek Blvd., Ste 2** **Dover, DE 19901** | | | **Misc.** | | | | |

Sheet no.  6 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                           **6,504.55**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **James M. Deprez**                                                        Case No. **11-40108**
                          _____                    _____
                                          **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lincoln Federal Savings** <br> **1101 N St.** <br> **Lincoln, NE 68508** | X | | **Foreclosed house at 9839 Thornwood Cir., Lincoln, NE** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Lowes** <br> **P.O. Box 530970** <br> **Atlanta, GA 30353** | X | | **Deprez Custom Homes** | | | | **2,000.00** |
| ACCOUNT NO. <br><br> **Menards** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197** | X | | **Deprez Custom Homes** | | | | **13,000.00** |
| ACCOUNT NO. <br><br> **Old Navy** <br> **P.O. Box 981400** <br> **El Paso, TX 79998** | X | | **Misc.** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pacam, LLC** <br> **3310 Manassas Place** <br> **Lincoln, NE 68516** | X | | **Misc.** | | | | **0.00** |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $              **15,000.00**

Total  ›  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **James M. Deprez**                                    Case No. **11-40108**
_____                          _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Patriot Plumbing Heating & Air** <br> **3310 Manassas Place** <br> **Lincoln, NE 68516** <br><br> **Linda Jewson** <br> **1024 K St.** <br> **Lincoln, NE 68508** | | | **Deprex Custom Homes** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Suntrust Mortgage** <br> **1001 Semmes Ave. RV** <br> **Richmond, VA 23224** <br><br> **Suntrust Mortgage** <br> **P.O. Box 27767** <br> **Richmond, VA 23261-7767** <br><br> **Eric Lindquist** <br> **8712 West Dodge Rd., Ste 260** <br> **Omaha, NE 68114** | | | **Foreclosed house at 9839 Thornwood Cir., Lincoln, NE** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Union Bank & Trust** <br> **P.O. Box 82535** <br> **Lincoln, NE 68501** | | | **Misc.** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **US Bank** <br> **425 Walnut St.** <br> **Cincinnati, OH 45202** | | | **Misc.** | | | | |

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ | 0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James M. Deprez** _____    Case No. **11-40108** _____
                                            Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Victoria's Secret**<br>P.O. Box 182128<br>Columbus, OH 43218 | X | | Misc. | | | | 0.00 |
| ACCOUNT NO.<br>**Wells Fargo Auto Finance**<br>711 West Broadway Rd.<br>Tempe, AZ 85252 | X | | Misc. | | | | 0.00 |
| ACCOUNT NO.   **0001**<br>**Wells Fargo Financial**<br>P.O. Box 94498<br>Las Vegas, NV 89193<br><br>**Wells Fargo**<br>100 W. Washington St.<br>Phoenix, AZ 85003<br><br>**Wells Fargo**<br>P.O. Box 94435<br>Albuquerque, NM 87199 | X | | Misc. | | | | 49,629.52 |
| ACCOUNT NO.<br>**Wells Fargo Home Mortgage**<br>3480 Stateview Blvd.<br>Ft. Mills, SC 29716 | X | | Misc. | | | | 0.00 |

Sheet no. _9_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                   **49,629.52**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __James M. Deprez_____    Case No. __11-40108_____
                                    **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wentz Plumbing Heating** <br> **610 West P St.** <br> **Lincoln, NE 68528** | X | | **Misc.** | | | | 0.00 |
| ACCOUNT NO. <br><br> **West Gate Bank** <br> **1204 West O St.** <br> **Lincoln, NE 68528** | X | | **Misc.** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Windstream** <br> **P.O. Box 81309** <br> **Lincoln, NE 68501** <br><br><br> **Collection Company of America** <br> **700 Longwater Dr.** <br> **Norwell, MA 02081** | X | | **Misc.** | | | | 0.00 |

Sheet no. _10_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ _____0.00

Total ➤ $ _____175,473.50

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: __James M. Deprez_____,     Case No. __11-40108_____
                        **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **James M. Deprez** _____ .    Case No.    **11-40108** _____
_____ **Debtor**                                 **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **ABN AMRO Mortgage**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **American Building Supply, Inc.**<br>**37949 6th St. East**<br>**Palmdale, CA 93550** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **American General Finance**<br>**600 North Royal Ave.**<br>**Evansville, IN 47715** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Bank of the West**<br>**1450 Treat Blvd.**<br>**Walnut Creek, CA 94597** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Bank One**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Best Buy**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE**<br><br>**Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Capital One**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Chase**<br>**P.O. Box 15145**<br>**Wilmington, DE 19850-4145** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Citibank**<br>**701 East 60th St. North**<br>**Sioux Falls, SD 57104** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE**<br><br>**Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Citimortgage**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re: **James M. Deprez**                                    Case No. **11-40108**
_____.                          _____
                    **Debtor**                                        **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE**<br><br>**Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Citimortgage**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Collection Bureau of Lincoln**<br>**1415 South 13th St.**<br>**Lincoln, NE 68502** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Conseco Financial**<br>**P.O. Box 981206**<br>**El Paso, TX 79998** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Discover**<br>**P.O. Box 15316**<br>**Wilmington, DD 19850-5316** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Dorothy Derby**<br>**5950 Arrowwood Rd.**<br>**Lincoln, NE 68526** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Electrical Enterprises**<br>**15001 South 96th St.**<br>**Roca, NE 68430** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **First Bancard**<br>**P.O. Box 3412**<br>**Omaha, NE 68197** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **First Commerce Mortgage Co.**<br>**1 Home Campus**<br>**Des Moines, IA 50328** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Flagstar Bank**<br>**5151 Corporate Dr.**<br>**Troy, MI 48098** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Ford Motor Credit**<br>**P.O. Box 542000**<br>**Omaha, NE 68154** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Home Depot**<br>**P.O. Box 6405**<br>**Sioux Falls, SD 57117** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **HSBC**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Independent Equipment Co.**<br>**2700 West O St.**<br>**Lincoln, NE 68528** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **James M. Deprez**                                   Case No. **11-40108**
_____                    _____
                    Debtor                                      (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Information Analytics, Inc.**<br>**134 South 13th St., Ste 700**<br>**Lincoln, NE 68508** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **John Deere Credit**<br>**8402 Excelsior Dr.**<br>**Madison, WI 52717** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **John's Plumbing**<br>**1730 South 6th St.**<br>**Lincoln, NE 68502** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Kryger Glass**<br>**4430 South 133rd St.**<br>**Omaha, NE 68137** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE**<br><br>**Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE**<br><br>**Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Lincoln Federal Savings**<br>**1101 N St.**<br>**Lincoln, NE 68508** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Lowes**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Menards**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Old Navy**<br>**P.O. Box 981400**<br>**El Paso, TX 79998** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Pacam, LLC**<br>**3310 Manassas Place**<br>**Lincoln, NE 68516** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Patriot Plumbing Heating & Air**<br>**3310 Manassas Place**<br>**Lincoln, NE 68516** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Suntrust Mortgage**<br>**1001 Semmes Ave. RV**<br>**Richmond, VA 23224** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re:   **James M. Deprez**                                                  .      Case No.   <u>**11-40108**</u>
                                                      **Debtor**                                                                       **(If known)**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Union Bank & Trust**<br>**P.O. Box 82535**<br>**Lincoln, NE 68501** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **US Bank**<br>**425 Walnut St.**<br>**Cincinnati, OH 45202** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Victoria's Secret**<br>**P.O. Box 182128**<br>**Columbus, OH 43218** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Wells Fargo Auto Finance**<br>**711 West Broadway Rd.**<br>**Tempe, AZ 85252** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Wells Fargo Financial**<br>**P.O. Box 94498**<br>**Las Vegas, NV 89193** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Wells Fargo Home Mortgage**<br>**3480 Stateview Blvd.**<br>**Ft. Mills, SC 29716** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Wentz Plumbing Heating**<br>**610 West P St.**<br>**Lincoln, NE 68528** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **West Gate Bank**<br>**1204 West O St.**<br>**Lincoln, NE 68528** |
| **Kathleen Deprez**<br>**9839 Thornwood Cir.**<br>**Lincoln, NE** | **Windstream**<br>**P.O. Box 81309**<br>**Lincoln, NE 68501** |

B6I (Official Form 6I) (12/07)

| In re | James M. Deprez | | Case No. | 11-40108 |
|---|---|---|---|---|
| | | Debtor | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **6** |
| | **Daughter** | **11** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self employed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,870.16 | $ |
| 8. Income from real property | $ 4,861.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 8,731.16 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 8,731.16 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 8,731.16 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **James M. Deprez** ,                                    Case No.  **11-40108**
_____                              _____
                        **Debtor**                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 970.00 |
| a. Are real estate taxes included? | Yes ✓  No _____ | | |
| b. Is property insurance included? | Yes ✓  No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 50.00 |
| c. Telephone | | $ | 150.00 |
| d. Other **Cable & internet** | | $ | 50.00 |
| **Cell phone** | | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 20.00 |
| 4. Food | | $ | 50.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 25.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 250.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 100.00 |
| c. Health | | $ | 534.00 |
| d. Auto | | $ | 90.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **Mortgage of rental (Lincoln Federal)** | | $ | 960.00 |
| **Mortgage on rental (Citimortgage)** | | $ | 960.00 |
| **Mortgage on rental (CitiMortgage)** | | $ | 970.00 |
| **Mortgage on rental (CitiMortgage)** | | $ | 977.00 |
| **Mortgage on rental (Lincoln Federal)** | | $ | 994.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 288.95 |
| 17. Other **Cleaning supplies** | | $ | 15.00 |
| **Haircuts** | | $ | 15.00 |
| **Misc. expenses** | | $ | 15.00 |
| **Toiletries** | | $ | 15.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)                    $   **8,223.95**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 8,731.16 |
| b. Average monthly expenses from Line 18 above | $ | 8,223.95 |
| c. Monthly net income (a. minus b.) | $ | 507.21 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### District of Nebraska

In re  **James M. Deprez** _____,

Debtor

Case No.  **11-40108** _____

Chapter  **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $     413.000.00 | | |
| B - Personal Property | YES | 3 | $      20.224.71 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $     591.395.66 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $     175.473.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      8.731.16 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      8.223.95 |
| TOTAL | | 28 | $     433,224.71 | $     766,869.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nebraska

In re    **James M. Deprez**                                   ,        Case No.    **11-40108**

                          Debtor                                          Chapter    **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    8,731.16 |
| Average Expenses (from Schedule J, Line 18) | $    8,223.95 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    3,581.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    175,473.50 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    175,473.50 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **James M. Deprez**
_____
                        **Debtor**

Case No.  **11-40108**
_____
                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **2/25/2011**_____

Signature:  **s/ James M. Deprez**_____
                    **James M. Deprez**
_____
                                    Debtor

[If joint case, both spouses must sign]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In re:   **James M. Deprez**                                                                    ,         Case No. **11-40108**

                                                  Debtor                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.   Income from employment or operation of business

None
☐           State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
           debtor's business, including part-time activities either as an employee or in independent trade or business, from the
           beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two
           years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis
           of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
           fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
           chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
           joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **36,000.00** | **Wages** | **2009** |

### 2.   Income other than from employment or operation of business

None
☑           State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
           business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
           filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
           each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.   Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑           a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
           services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
           the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
           (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
           repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
           under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
           unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pacam, LLC v. Deprez Custom Homes, PC** CI 09 5886 | **Collections** | **Lancaster County Court** | |
| **Kathleen Deprez v. James Deprez** CI 10-1359 | **Divorce** | **Lancaster County District Court** | **Pending** |
| **American Building Supply v. Deprez Custom Homes, Wayne Lieneman d/b/a Nebraska Window and Siding Pros** CI 09-24292 | **Collections** | **Douglas County Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Suntrust Mortgage**<br>**1001 Semmes Ave. RV**<br>**Richmond, VA 23224** | | **9839 Thornwood Circle, Lincoln, NE** |

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Southwood Lutheran** | **Church** | | **$600 yearly** |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Douglas D. DeLair 1500 S. 70th St., Ste 102 Lincoln, NE 68506** | **1-13-11** | **$1,026** |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9839 Thornwood Circle<br>Lincoln, NE | James Deprez | -2/10 |

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑ c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **D&D Transfer** | | | **Trucking** | **06/01/2009** |
| **DCH Transport** | | | **Trucking** | **06/01/2007** |
| **Deprez Custom Homes** | | | **Homebuilding; owned by James Deprez and Dan Deprez** | **06/01/1997** |
| **Kat's Bags** | | | **Purse parties** | **06/01/2007** |

None
☑ b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19. Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **2/25/2011**

Signature
of Debtor    **s/ James M. Deprez**

**James M. Deprez**

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In re:    **James M. Deprez**                                          Case No.    **11-40108**

                                                                        Chapter      **13**

                     Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,400.00** |
| Prior to the filing of this statement I have received | $ | **1,026.00** |
| Balance Due | $ | **2,374.00** |

2.  The source of compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/25/2011**

                                          **Douglas D. DeLair**
                                          **Douglas D. DeLair, Bar No.  10970**

                                          **DeLair & DeLair**
                                          Attorney for Debtor(s)

---

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re **James M. Deprez** _____          Case No.  **11-40108** _____

                          **Debtor**          Chapter  _____ **13** ___

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| James M. Deprez | X **s/ James M. Deprez** | **2/25/2011** |
|---|---|---|
| Printed Name of Debtor | **James M. Deprez** | |
| | Signature of Debtor | Date |
| Case No. (if known) **11-40108** | | |

_____

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In re:   **James M. Deprez**                                   Case No.   **11-40108**

Chapter   **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                          $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                                          $ _____ **3,870.16**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor)             $ | **0.00** |
| 4.  Payroll Taxes | **0.00** |
| 5.  Unemployment Taxes | **0.00** |
| 6.  Worker's Compensation | **0.00** |
| 7.  Other Taxes | **0.00** |
| 8.  Inventory Purchases (Including raw materials) | **0.00** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10.  Rent (Other than debtor's principal residence) | **0.00** |
| 11.  Utilities | **0.00** |
| 12.  Office Expenses and Supplies | **0.00** |
| 13.  Repairs and Maintenance | **0.00** |
| 14.  Vehicle Expenses | **0.00** |
| 15.  Travel and Entertainment | **0.00** |
| 16.  Equipment Rental and Leases | **0.00** |
| 17.  Legal/Accounting/Other Professional Fees | **0.00** |
| 18.  Insurance | **0.00** |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
       Pre-Petition Business Debts (Specify):

       **None**                                                                       _____

  21.  Other (Specify):

| | |
|---|---:|
| **Taxes** | **186.12** |
| **Postage** | **3.67** |
| **Misc.** | **99.16** |

  22.  Total Monthly Expenses (Add items 3 - 21)                        $ _____ **288.95**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **3,581.21**